**Earlvin Todd NEAL (Estate) by and through its personal representative Angela Mica NEAL, Plaintiff–Appellant,**

v.

**PINELLAS COUNTY SHERIFF'S OFFICE, Everett S. Rice, individually, Michael C. Borland, individually, Defendants–Appellees.**

No. 06–12553
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 8, 2006.

John Stewart Mills, Mills & Carlin, P.A., Jacksonville, FL, J. Daniel Clark, Clark & Martino, P.A., Tampa, FL, for Plaintiff–Appellant.

John W. Hamilton, Bradham, Benson, Lindley, Blevins, Bayliss, Loyatt & Ross, PLLC, St Petersburg, FL, Suzanne M. Mucklow, Thomas Eugene Spencer, Pinellas County Attorney's Office, Clearwater, FL, for Defendants–Appellees.

---

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

The estate of Earlvin Todd Neal appeals the district court's grant of summary judgment in favor of the defendants Pinellas County Sheriff's Office, Sheriff Everett Rice and Sheriff's Deputy Michael C. Borland on its 42 U.S.C. § 1983 claims arising out of the shooting death of Neal by Deputy Borland. After a careful review, we affirm the entry of summary judgment for the reasons outlined in the magistrate judge's Report and Recommendation adopted by the district court and the district court's order granting summary judgment.

**AFFIRMED.**